627 A.2d 1127

STATE OF NEW JERSEY v. MIGUEL ANGEL OQUENDO.

March 9, 1993.

### ORDER

This matter having come before the Court on defendant's appeal pursuant to *Rule* 2:2–1(a)(2), and the Court having previously overruled the majority opinion of the Appellate Division herein, see *State v. Rosado*, 131 *N.J.* 423, 429, 621 *A.*2d 12, 14–15 (1993);

And good cause appearing;

It is ORDERED that so much of the judgment of the Appellate Division as denied defendant jail credit for time spent on parole is summarily reversed, and the matter is remanded to the Law Division for further proceedings consistent with *Rosado, supra.* Jurisdiction is not retained.

627 A.2d 1127

IN THE MATTER OF THE LIQUIDATION OF INTEGRITY INSURANCE COMPANY.

INTEGRITY INSURANCE COMPANY, INC. v. FONAR CORPORATION.

March 17, 1993.

### ORDER

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed.